IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:21-CR-00115-M-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THEODORE LEE, SR.,

    Defendant.

ORDER

This matter comes before the court on Defendant's unopposed motion to continue the sentencing hearing [DE 354]. For good cause shown, the motion is GRANTED. Defendant's sentencing hearing is continued until the March 8, 2022 term of court.

This matter comes before the court on Defendant's Motion to Seal Docket Entry 354 [DE 355]. Pursuant to Local Criminal Rule 55.2 and based on information set forth in the proposed sealed document, the motion is GRANTED. The Clerk of the Court shall maintain under seal the documents at DE 354 until further order of the court.

SO ORDERED this 28th day of December, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE