IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00115-M-4

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THEODORE LEE, SR.,<br><br>    Defendant. | ORDER |

This matter comes before the court on Defendant's unopposed motion to continue the sentencing hearing [DE 574]. For good cause shown, the motion is GRANTED. Defendant's sentencing hearing is continued until the August 8, 2023 term of court.

Also before the court is Defendant's Motion to Seal Docket Entry 574 [DE 575]. Pursuant to Local Criminal Rule 55.2 and based on information set forth in the proposed sealed document, the motion is GRANTED. The Clerk of the Court shall maintain under seal the documents at DE 574 until further order of the court.

SO ORDERED this 23d day of May, 2023.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE