IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-115-M-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THEODORE JACQUES LEE, SR.,

    Defendant.

ORDER

This matter comes before the court on the Defendant's motion to seal [DE 594]. Pursuant to Local Criminal Rule 55.2 and based on information set forth in the proposed sealed document, the motion is GRANTED. The Clerk of the Court shall maintain under seal the document at DE 593 until further order of the court.

SO ORDERED this 1st day of August, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE