IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-115-M-4

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| THEODORE JACQUES LEE, SR., | |
| Defendant. | |

This matter comes before the court on the Defendant's consent motion to continue the sentencing hearing [DE 593]. For good cause shown, the motion is GRANTED. Defendant Theodore Jacques Lee, Sr.'s sentencing hearing is continued until the November 7, 2023 term of court.

SO ORDERED this 1st day of August 2023.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE